# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Larry Klayman ) | |
| _Plaintiff_ ) | |
| v. ) | Civil Action No. 13-20610-CIV-ALTONAGA |
| Judicial Watch, Inc. ) | |
| _Defendant_ ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on _(date)_ June 11, 2014.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 6/24/2016

CLERK OF COURT

_Lisa L. Streets_

Signature of Clerk or Deputy Clerk