DC 11
Rev.-DC 2/2010

## WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT DISTRICT OF COLUMBIA |
|---|---|

| TO THE MARSHAL OF | District of Columbia |
|---|---|

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME  Alan P. Dye, Registered Agent Judicial Watch, Inc
c/o Webster, Chamberlain & Bean
1747 Pennsylvania Ave, N.W. #1000
Washington DC 20006

Case: 1:16-mc-01430
Assigned To : Unassigned
Assign. Date : 7/8/2016
Description: Misc.

you cause to be made and levied as well a certain debt of:

DOLLAR AMOUNT  181,000.00            DOLLAR AMOUNT

and

in the United States District Court for the _____ District of Columbia,

before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Judicial Watch, Inc.

and also the costs that may accrue under this writ.
    And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE  Wells Fargo, 1800 K St. NW | DISTRICT |
|---|---|
| CITY  District of Columbia | DATE  July 8, 2016 |

Witness the Honorable

| DATE  7/8/16 | CLERK OF COURT  ANGELA D. CAESAR |
|---|---|
| | (BY) DEPUTY CLERK  Michael Darby |

RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U S MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|

DC 11
Rev.-DC 2/2010

## WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT DISTRICT OF COLUMBIA |
|---|---|

| TO THE MARSHAL OF District of Columbia |
|---|

| YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to: |
|---|

| NAME Judicial Watch, Inc. <br> By Serving Wells Fargo Bank <br> 1800 K-St NW <br> Washington DC 20006 | Case: 1:16-mc-01430 <br> Assigned To : Unassigned <br> Assign. Date : 7/8/2016 <br> Description: Misc. |
|---|---|

| you cause to be made and levied as well a certain debt of: | |
|---|---|
| DOLLAR AMOUNT 181,000.00 | DOLLAR AMOUNT |
| | and |

in the United States District Court for the _____ District of Columbia _____,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Judicial Watch, Inc.

and also the costs that may accrue under this writ.
    And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE Wells Fargo, 1800 K St. NW | DISTRICT |
|---|---|
| CITY District of Columbia | DATE July 8, 2016 |

Witness the Honorable

| DATE 7/8/16 | CLERK OF COURT <br> ANGELA D. CAESAR |
|---|---|
| | (BY) DEPUTY CLERK *Michael Darby* |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| **This writ was received and executed.** | |
| U S MARSHAL | (BY) DEPUTY MARSHAL |

DC 11
Rev -DC 2/2010

## WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT **DISTRICT OF COLUMBIA** |
|---|---|

| TO THE MARSHAL OF **District of Columbia** |
|---|

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME Judicial Watch, Inc.
425 Third Street S.W. #800
Washington DC 20024
By Serving: President Thomas J. Fitton

Case: 1:16-mc-01430
Assigned To : Unassigned
Assign. Date : 7/8/2016
Description: Misc.

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT **181,000.00** | DOLLAR AMOUNT |
|---|---|

and

in the United States District Court for the _____ District of Columbia _____,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Judicial Watch, Inc.

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE **Wells Fargo, 1800 K St. NW** | DISTRICT |
|---|---|
| CITY **District of Columbia** | DATE **July 8, 2016** |

Witness the Honorable

| DATE **7/8/16** | CLERK OF COURT **ANGELA D. CAESAR** |
|---|---|
| | (BY) DEPUTY CLERK  *Michael Darby* |

RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U S MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|