IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**LARRY KLAYMAN**

        Plaintiff,

v.

**JUDICIAL WATCH, INC.**

        Defendant

Case No.: 16-MC-1430

## EMERGENCY PLAINTIFF'S REQUEST FOR IMMEDIATE ASSIGNMENT

Plaintiff Larry Klayman ("Plaintiff") hereby respectfully requests that this Court immediately assign this matter, currently unassigned, to a judge who will rule on the numerous pending motions and requests expeditiously. Plaintiff filed this matter on July 8, 2016, in order to enforce his judgment against Defendant, Judicial Watch, Inc. ("Defendant") Since filing this instant action, Plaintiff has filed two (2) motions (Docket No. 9, 12) which have not been ruled upon. As such, Plaintiff has already been severely prejudiced because he has not been able to enforce his valid judgment against Defendant for over nearly five (5) months and collect the amount due in owing from Defendant. It is incumbent on this Court to therefore immediately assign this matter to a judge, and set pending emergency motions for hearing so that Plaintiff may expeditiously enforce his valid judgment against Defendant.

WHEREFORE, Plaintiff respectfully requests this Court immediately assign this matter to a judge and order that Defendant immediately remit the full amount due in owing to Plaintiff.

Dated: November 21, 2016

        Respectfully submitted,

        */s/ Larry Klayman*
        Larry Klayman, Esq.

D.C. Bar No. 334581  
2020 Pennsylvania Ave. NW, Suite 800  
Washington, DC 20006  
Tel: (310) 595-0800  
Email: leklayman@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of November 2016, a copy of the foregoing Motion was served by electronic filing upon counsel listed on the Notice of Electronic Filing.
3

Richard Wayne Driscoll
DRISCOLL & SELTZER, PLLC
300 N. Washington St.
Suite 610
Alexandria, VA 22314

*/s/ Larry Klayman*
Larry Klayman