# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 19-7043**  **September Term, 2019**

**1:16-mc-01430-RBW**

**Filed On:** September 20, 2019

Larry Elliott Klayman,

     Appellant

    v.

Judicial Watch, Inc.,

     Appellee

    **BEFORE:**    Rogers, Tatel, and Srinivasan, Circuit Judges

## O R D E R

    Upon consideration of the motion for summary affirmance, the response thereto, and the reply, it is

    **ORDERED** that the motion for summary affirmance be granted.  The merits of the parties' positions are so clear as to warrant summary action.  See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).  The district court did not abuse its discretion in relieving appellee from the judgment of the U.S. District Court for the Southern District of Florida under Federal Rule of Civil Procedure 60(b), see Twelve John Does v. District of Columbia, 841 F.2d 1133, 1138 (D.C. Cir. 1988), and thus properly dismissed appellant's writs of execution and discharged the judgment.  Relying on the preclusive effect of prior state court rulings, see 28 U.S.C. § 1738, the district court correctly concluded that "the judgment has been satisfied," Fed. R. Civ. P. 60(b)(5).

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**